

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of T.T., a child,

\* From the 1st Multicounty Court
at Law of Nolan County
Trial Court No. CC-7609.

No. 11-18-00291-CV

\* April 18, 2019

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.